No. 174. PEAK *v.* CALIFORNIA. October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). The petition for writ of certiorari is denied. The motion for leave to proceed further *in forma pauperis* is denied. *George Peak, pro se.*

No. 192. TOYE BROS. YELLOW CAB CO. *v.* COOPERATIVE CAB CO., INC., ET AL. October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. *Fullerton* v. *Texas,* 196 U. S. 192; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114. *Mr. Eberhard Deutsch* for appellant. *Mr. Francis P. Burns* for appellees.